UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DANIELLE DICKINSON,

                         Plaintiff,

vs.                                    Case Number: 16-CV-02015 JTM/GEB

EQUIFAX INFORMATION
SERVICES, LLC,

                         Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Danielle Dickinson; Defendant is Equifax Information Services, LLC.

2. On January 7, 2016, this case was removed to the United States District Court for the District of Kansas (Doc. 1).

3. Defendant filed an Answer January 25, 2016 (Doc. 7).

4. Plaintiff now moves to dismiss the lawsuit against Defendant.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. Plaintiff filed a bankruptcy petition on April 12, 2013 in the District Court of Kansas, case 13-20914.

9. On August 15, 2016, Plaintiff's bankruptcy judge approved the settlement

with Defendant (Bankruptcy Doc. 76).

10. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Brian E. Johnson #26934
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
MR@KCconsumerlawyer.com
BJ@KCconsumerlawyer.com
Attorney for Plaintiff

and

By: /s/Guillermo Zorogastua
Guillermo Zorogastua #23556
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: 816-753-1000
Facsimile: 816-753-1536
Email: GZorogastua@polsinelli.com
Attorney for Equifax Information Services LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was filed on August 24, 2016, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

                                              /s/ A.J. Stecklein  
                                              A.J. Stecklein #16330